# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. José R. Almonte, U.S.M.J. |
| | : | |
| v. | : | |
| | : | |
| JOSEPH DUPONT, | : | Mag. No. 24-16111 |
|   a/k/a "Tips," | : | |
| DARION HEMINGWAY, | : | |
|   a/k/a "A-boog," | : | |
| JUAN HEMINGWAY, | : | **SEALING AND NON-** |
|   a/k/a "Hortz," a/k/a "Glizzy," | : | **DISCLOSURE ORDER** |
| ABDIN REED, | : | |
|   a/k/a "Dean," | : | |
| DARIUS HEMINGWAY, | : | |
|   a/k/a "Deebo," | : | |
| ASWAD WILLIAMS, | : | |
|   a/k/a "Ock," | : | |
| ASAD HARDY, | : | |
|   a/k/a "Big Trigga," | : | |
| DARIUS MCGEACHY, | : | |
|   a/k/a "Black," | : | |
| KHALIS DUTTON, | : | |
|   a/k/a "Kha," | : | |
| AZIZ ROURK, | : | |
|   a/k/a "Ock," | : | |
| DAVID BRYANT, | : | |
|   a/k/a "Hood," | : | |
| KAI ROBINSON, | : | |
|   a/k/a "Kai Gzz," | : | |
| TONY PAGE, | : | |
|   a/k/a "Tony Cz," | : | |
| CHAJUAN HEMINGWAY, | : | |
|   a/k/a "Juan," | : | |
| STEPHON MURPHY, | : | |
|   a/k/a "Turk," | : | |
| MUHAMMADO DIOKHANE, | : | |
|   a/k/a "Mo," | : | |
| LOGAN JAMISON, | : | |
|   a/k/a "Lo," | : | |
| DANIQUE SIMPSON, | : | |
|   a/k/a "Biz," | : | |
| ALVIN BURROUGHS, | : | |

| | |
|---|---|
| ROBERT FLETCHER, | : |
|   a/k/a "Chevy," | : |
| JERMAIN YOUNG, | : |
| MESSIAH GREEN, | : |
|   a/k/a "Half," | : |
| JASUAN POSEY, | : |
|   a/k/a "Jah," and | : |
| LINDA GRAHAM, | : |

This matter having been brought before the Court upon application of Philip R. Sellinger, the United States Attorney for the District of New Jersey (George M. Barchini, Assistant U.S. Attorney, appearing), for an order sealing the Complaint and Arrest Warrants issued on this date against the Defendants in the above-captioned case, and for good cause shown,

IT IS on this 24th day of May, 2024,

ORDERED that, except for such copies of the Arrest Warrants as necessary to accomplish its purpose, the Complaint, Arrest Warrants, and this Order are SEALED until the Arrest Warrants are executed or until further order of the Court, and it is further

ORDERED that, once the Arrest Warrants are executed, the Complaint, Arrest Warrants, and this Order are unsealed.

_____
HON. JOSÉ R. ALMONTE
UNITED STATES MAGISTRATE JUDGE

2