# UNITED STATES DISTRICT COURT
for the
District of New Jersey

## MAGISTRATE'S COURTROOM MINUTES

UNITED STATES OF AMERICA
*Plaintiff*

v.

CHAJUAN HEMINGWAY
*Defendant*

MAGISTRATE JUDGE: JAMES B. CLARK, III

CASE NO.: 24-mj-16111-JRA-14

DATE OF PROCEEDINGS: 5/30/2024

DATE OF ARREST: 5/30/2024

**PROCEEDINGS:** Initial Appearance

- [x] COMPLAINT
- [x] ADVISED OF RIGHTS
- [ ] WAIVER OF COUNSEL
- [x] APPT. OF COUNSEL: [ ] AFPD [x] CJA
- [x] WAIVER OF HRG: [x] PRELIM [ ] REMOVAL
- [ ] CONSENT TO MAGISTRATE'S JURISDICTION
- [ ] PLEA ENTERED: [ ] GUILTY [ ] NOT GUILTY
- [ ] PLEA AGREEMENT
- [ ] RULE 11 FORM
- [x] FINANCIAL AFFIDAVIT EXECUTED
- [ ] OTHER:

- [ ] TEMPORARY COMMITMENT
- [x] CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
- [ ] BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
- [ ] BAIL SET:
  - [ ] UNSECURED BOND
  - [ ] SURETY BOND SECURED BY CASH/PROPERTY
- [ ] TRAVEL RESTRICTED
- [ ] REPORT TO PRETRIAL SERVICES
- [ ] DRUG TESTING AND/OR TREATMENT
- [ ] MENTAL HEALTH TESTING AND/OR TREATMENT
- [ ] SURRENDER AND/OR OBTAIN NO PASSPORT
- [ ] SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

**HEARING SET FOR:**

- [ ] PRELIMINARY/REMOVAL HRG.   DATE:
- [ ] DETENTION/BAIL HRG.   DATE:
- [ ] TRIAL: [ ] COURT [ ] JURY   DATE:
- [ ] SENTENCING   DATE:
- [ ] OTHER:   DATE:

**APPEARANCES:**

AUSA: Desiree Grace & George Barchini

DEFT. COUNSEL: Stacy Biancamano, CJA (Paul Condon Jr. covering)

PROBATION:

INTERPRETER
Language:

TIME COMMENCED: 4:20 p.m.
TIME TERMINATED: 4:32 p.m.
CD NO: Ecr

Stephen Bond
Stephen Bond, Deputy Clerk