UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. James B. Clark, III, U.S.M.J. |
| | : | |
| v. | : | |
| | : | |
| JOSEPH DUPONT, | : | Mag. No. 24-16111 |
|   a/k/a "Tips," | : | |
| DARION HEMINGWAY, | : | |
|   a/k/a "A-boog," | : | |
| JUAN HEMINGWAY, | : | **ORDER FOR A CONTINUANCE** |
|   a/k/a "Hortz," a/k/a "Glizzy," | : | |
| ABDIN REED, | : | |
|   a/k/a "Dean," | : | |
| DARIUS HEMINGWAY, | : | |
|   a/k/a "Deebo," | : | |
| ASWAD WILLIAMS, | : | |
|   a/k/a "Ock," | : | |
| DAQUAN FRANKLIN, | : | |
|   a/k/a "Big Trigga," | : | |
| DARIUS MCGEACHY, | : | |
|   a/k/a "Black," | : | |
| KHALIS DUTTON, | : | |
|   a/k/a "Kha," | : | |
| AZIZ ROURK, | : | |
|   a/k/a "Ock," | : | |
| DAVID BRYANT, | : | |
|   a/k/a "Hood," | : | |
| KAI ROBINSON, | : | |
|   a/k/a "Kai Gzz," | : | |
| TONY PAGE, | : | |
|   a/k/a "Tony Cz," | : | |
| CHAJUAN HEMINGWAY, | : | |
|   a/k/a "Juan," | : | |
| STEPHON MURPHY, | : | |
|   a/k/a "Turk," | : | |
| MUHAMMADO DIOKHANE, | : | |
|   a/k/a "Mo," | : | |
| LOGAN JAMISON, | : | |
|   a/k/a "Lo," | : | |
| DANIQUE SIMPSON, | : | |
|   a/k/a "Biz," | : | |

|  |  |
|---|---|
| ALVIN BURROUGHS, | : |
| ROBERT FLETCHER, | : |
|   a/k/a "Chevy," | : |
| JERMAIN YOUNG, | : |
| MESSIAH GREEN, | : |
|   a/k/a "Half," | : |
| JASUAN POSEY, | : |
|   a/k/a "Jah," and | : |
| LINDA GRAHAM, | : |

1.  This matter came before the Court on the joint application of Philip R. Sellinger, United States Attorney for the District of New Jersey (George Barchini and Christopher Fell, Assistant U.S. Attorneys, appearing), and defendants Joseph Dupont, a/k/a "Tips" ("Dupont"), by Bruce Rosen, Esq.; Darion Hemingway, a/k/a "A-boog" ("Darion"), by Wanda Akin, Esq.; Juan Hemingway, a/k/a "Hortz," a/k/a "Glizzy" ("J. Hemingway"), by Michael N. Pedicini, Esq.; Abdin Reed, a/k/a "Dean" ("Reed"), by Brandon Minde, Esq.; Daquan Franklin, a/k/a "Big Trigga" ("Franklin"), by Roy Greenman, Esq.; Darius McGeachy, a/k/a "Black" ("McGeachy"), by John Azzarello, Esq.; Aziz Rourk, a/k/a "Ock" ("Rourk"), by Michael Calabro, Esq.; Kai Robinson, a/k/a "Kai Gzz" ("Robinson"), by David Glazer, Esq.; Tony Page, a/k/a "Tony Cz" ("Page"), by Andrew Olesnycky, Esq.; Chajuan Hemingway, a/k/a "Juan" ("C. Hemingway"), by Stacy Biancamano, Esq.; Muhammado Diokhane, a/k/a "Mo" ("Diokhane"), by Tara Breslow-Testa, Esq.; Logan Jamison, a/k/a "Lo" ("Jamison"), by Anthony Iacullo, Esq.; ~~Danique Simpson, a/k/a "Biz" ("Simpson"), by John McMahon, Esq.;~~ Alvin Burroughs ("Burroughs"), by Joel

- 2 -

Silberman, Esq.; Robert Fletcher, a/k/a "Chevy" ("Fletcher"); Jermain Young ("Young"), by Jason Orlando, Esq.; Messiah Green, a/k/a "Half" ("Green"), by William Strazza, Esq.; Jasuan Posey, a/k/a "Jah" ("Posey"), by Michael Pappa, Esq.; and Linda Graham ("Graham"), by Michael Rubas, Esq., for an order granting a continuance under 18 U.S.C. § 3161(h)(7)(A) through and including November 1, 2024.

2. This is the first continuance request in this case.

3. Counsel for the parties represented that this continuance is necessary for effective preparation and to permit the parties to attempt to resolve this case prior to indictment and thereby avoid a trial.

4. Counsel for the United States also represented that this continuance is necessary to prevent any non-excludable days under § 3161(h) from expiring.

5. The defendant knows that he has the right under § 3161(b) to have this matter submitted to a grand jury within thirty days after his arrest.

6. The defendants, through counsel, has consented to this continuance.

7. FOR GOOD CAUSE, THIS COURT FINDS that this case should be continued for the following reasons:

   a. The parties wish to commence plea negotiations, which, if successful, would render grand jury proceedings and a trial in this matter unnecessary.

    b. Thus, the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore:

ORDERED that this action is continued from May 30, 2024 through November 1, 2024; and it is further

ORDERED that those days are excluded in computing time under the Speedy Trial Act of 1974; and it is further

ORDERED that nothing in this Order or the application prompting it is a finding or representation that less than 31 non-excludable days under § 3161(h) have expired.

_____
HON. JAMES B. CLARK, III
United States Magistrate Judge

Form and entry consented to:

_____
GEORGE BARCHINI
CHRISTOPHER FELL
Assistant U.S. Attorneys

_____
BRUCE ROSEN
Counsel for Joseph Dupont

By: _____
WANDA AKIN
Counsel for Darion Hemingway

_____
MICHAEL PEDICINI
Counsel for Juan Hemingway

_____
BRANDON MINDE
Counsel for Abdin Reed

_____
ROY GREENMAN
Counsel for Daquan Franklin

_____
JOHN AZZARELLO
Counsel for Darius McGeachy

_____
MICHAEL CALABRO
Counsel for Aziz Rourk

_____
DAVID GLAZER
Counsel for Kai Robinson

_____
ANDREW OLESNYCKY
Counsel for Tony Page

_____
STACY BIANCAMANO
Counsel for Chajuan Hemingway

_____
TARA BRESLOW-TESTA
Counsel for Muhammado Diokhane

- 5 -

_____
ANTHONY IACULLO
Counsel for Logan Jamison

_____
JOHN MCMAHON
Counsel for Danique Simpson

_____
JOEL SILBERMAN
Counsel for Alvin Burroughs

_____
JASON ORLANDO
Counsel for Jermain Young

_____
WILLIAM STRAZZA
Counsel for Messiah Green

_____
MICHAEL PAPPA
Counsel for Juan Posey

_____
MICHAEL RUBAS
Counsel for Linda Graham

_____
PAUL CONDON
Counsel for Tony Page

_____
STEPHEN DRATCH, ESQ.
Counsel for David Bryant

_____
PATRICK JOYCE, ESQ.
Counsel for Robert Fletcher

- 6 -