UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES | : |
| | : |
| | : MAG NO. 24-16111 |
| v. | : |
| | : |
| | : **NOTICE OF MOTION FOR** |
| | : **BAIL APPLICATION** |
| | : |
| DANIQUE SIMPSON | : |

**TO:** Desiree L. Grace, Esq.
Chief, Criminal Division

George M. Barchini, Esq.
Assistant United States Attorney

U.S. Attorney's Office
970 Broad Street
Newark, NJ 07102

SIR AND MADAM:

**PLEASE TAKE NOTICE** that on the 21 day of August 2024, counsel for defendant Danique Simpson will move before the Honorable Cathy L. Waldor, U.S.M.J. for an Order of Pretrial Release.

**PLEASE TAKE FURTHER NOTICE** that defendant will rely upon the attached certification of counsel as well as oral argument.

Respectfully submitted,

John J. McMahon, Esq.
Attorney for Danique Simpson