UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES | : | |
| | : | |
| | : | MAG NO. 24-16111 |
| | : | |
| v. | : | |
| | : | |
| | : | **ORDER RELEASING** |
| | | **DEFENDANT ON CONDITIONS** |
| | : | |
| DANIQUE SIMPSON | : | |

This matter having come before the Court on the application of John J. McMahon, Esq., counsel for Defendant Danique Simpson, and the Court having considered the arguments of defense counsel, and the position of the Government presented by Desiree L. Grace, Esq. and George M. Barchini, Esq. and the Court having further considered the position of Pretrial Services, and the Court having found that there are conditions that will reasonably assure the appearance of the defendant as required and the safety of the community.

IT IS ON THIS _____ day of _____, 2024,

ORDERED that Danique Simpson is to be released, subject to all the standard pretrial release conditions and subject to the following special conditions:

1. Defendant is to be released into the custody of third-party custodian Jinez Figueroa.

2. Defendant is to be released on a $100,000 unsecured appearance bond co-signed by Oshanea Barnes.

3. Defendant is to be subject to Pretrial supervision.

4. Defendant is to be subject to location monitoring.

5. Defendant is to maintain at the residence approved by Pretrial Services at 72 Wolcott Terrace in Newark, New Jersey.

6. Defendant is to be subject to Home Incarceration with electronic monitoring.

it is,

FURTHER ORDERED that a copy of this Order is to be provided to the parties and Pretrial Services.

_____
Honorable Cathy L. Waldor, U.S.M.J.