# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

_____
UNITED STATES OF AMERICA        :
                                :       Criminal No: 2:24-MJ-16111
                                :
    vs                          :       Bail Modification Order
                                :
                                :
CHAJUAN HEMINGWAY               :
_____

THIS MATTER having come before the Court on the application of defendant Chajuan Hemingway (by Stacy Biancamano, Esq., Biancamano Law, LLC) for modification of the conditions of pretrial release; and the United States (by Christopher Fell, Assistant United States Attorney) having no objection to the entry of the Order; and United States Pretrial (by David Hernandez, U.S. Pretrial Officer) having no objection to the entry of the Order; and for good cause shown.

IT IS on this 6th day of March 2025, HEREBY ORDERED:

1. Defendant, Chajuan Hemingway's pretrial release conditions be and hereby are modified from home incarceration to home detention with allowances for employment.

2. Defendant Hemingway shall be permitted to visit with his two daughters Blessin and Everly twice weekly for 4 hours a visit not including travel time. He shall provide 48 hours' notice and a scheduled itinerary for pre-approval by his Pretrial services officer.

3. Defendant is prohibited from the Booker T Housing Projects in Jersey City.

4. All other conditions previously imposed shall remain in effect.

                                                 s/ Cathy L. Waldor
                                                 HON. CATHY L. WALDOR
                                                 United States Magistrate Judge